## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID FALCONE AND JACLYN FALCONE, | ) ) ) | CASE NO. 3:25-cv-00981-JFS |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | |
| AIRBNB, INC., KEVIN M. RABICH | ) ) | |
| and | ) ) | |
| JOHN DOES #1-10 and ABC CORPS. 1-10 | ) ) ) | |
| *Defendants.* | | |

### JURY TRIAL DEMAND
### <u>OF DEFENDANT, KEVIN M. RABICH</u>

Defendant, Kevin M. Rabich, by his undersigned counsel, hereby submits its demand for a jury trial in the above captioned matter. This demand for a jury trial is made not later than fourteen days after the last pleading directed to the issue is served. At the time of removal, all necessary pleadings were not served. On June 17, 2025, a Summons was issued to Airbnb, Inc. At the time of this demand, Airbnb, Inc. has not yet appeared or filed a responsive pleading.

DATED this 9th day of July 2025

**GERBER CIANO KELLY BRADY LLP**


*/s/ Michael Brophy*
Michael Brophy, Esq. (ID No.: 23192)
mbrophy@gerberciano.com
P.O. Box 1060
Buffalo, NY 14201
(215) 874-0105
*Attorneys for Defendant,*
*Kevin M. Rabich*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 9th day of July, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**GERBER CIANO KELLY BRADY LLP**

*/s/ Michael Brophy*
Michael Brophy, Esq.
Identification No.:23192

*Attorneys for Defendant,*
*Kevin M. Rabich*